# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00561-CV

**In re Change to Win**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Change to Win filed this original proceeding seeking a writ of mandamus to compel the district court to modify a discovery order requiring its corporate representative to answer certain deposition questions. Based on the record before us, we cannot conclude that the district court abused its discretion. Accordingly, we deny Change to Win's petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed:   November 24, 2009